Randall K Rathbun
Depew Gillen Rathbun & McInteer LC
8301 E. 21st Street, Suite 450
Wichita, KS 67206-2936
Telephone: (316) 262-4000
Fax: (316) 265-3819
Email: randy@depewgillen.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ALETHEA JOHNSON-VEAZEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 12-CV-1377-KHV-JPO |
| T-MOBILE USA, INC. | ) ) ) |
| Defendant. | ) ) |

**COMPLAINT**

COMES NOW the plaintiff, Alethea Johnson-Veazey, and for her cause of action against the defendant, alleges and states as follows:

**The Parties**

1. The plaintiff is a resident of Wichita, Sedgwick County, Kansas. She is a qualified individual with a disability under the terms of the Americans with Disabilities Act.

2. The defendant is a foreign for profit corporation which is authorized and exists under the laws of the State of Delaware. The defendant's principal

place of business is Bellevue, Washington, and it may be served with process by service upon its resident agent, The Corporation Service Company, 200 SW 30th Street, Topeka, KS 66611.

## Jurisdiction and Venue

3.      This action is brought pursuant to the Americans with Disabilities Act of 1990 ("ADA"), as amended, 42 U.S.C. §12101, et seq. and the Kansas Act Against Discrimination K.S.A. 44-1009 8(E)(F) ("KAAD").  The jurisdiction of this Court is invoked to secure protection of and redress deprivation of rights guaranteed by federal law, which rights provide for injunctive and other relief for illegal discrimination in employment.

4.      The plaintiff has fully complied with all prerequisites to the jurisdiction of this Court under the ADA. A charge of employment discrimination on the basis of disability was filed within 180 days of the commission of the unlawful employment practice alleged herein.  The United States Equal Employment Opportunity Commission issued a Notice of Right to Sue letter to the plaintiff.  The plaintiff has exhausted all administrative remedies available to the plaintiff under the KAAD. This action has been filed within ninety (90) days of the EEOC's Notification of Right to Sue.

5.     Venue is proper in this Court under 28 U.S.C. §1391(b) because a substantial part of the events giving rise to the claim occurred in this judicial district.

## Basis of the Claim

6.     Until November 29, 2011, Alethea Johnson-Veazey was employed at the T-Mobile Call Center located at 2525 N. Woodlawn in Wichita, KS.  T-Mobile had in excess of 250 employees at the time of the plaintiff's employment and is a nation-wide company involved in interstate commerce.

7.     On or about November 15, 2011, the plaintiff sought medical treatment because of a medical condition from which she suffers, urinary urgency and frequent urination which results in urinary incontinency. As a result of this condition, she sought medical treatment at the clinic of Dr. Antonio Osio Family Practice, a Wichita health care provider.

8.     As a result of the appointment with Osio Family Practice, the plaintiff's health care provider asked that T-Mobile make reasonable accommodations for her disability concerning the allowance to urinate when necessary.  The request for accommodation was made to the plaintiff's coach/supervisor on November 18, 2011.

9.     The plaintiff worked 3.5 days before she was terminated on November 29, 2011. The defendant falsely claimed that plaintiff had called a customer a "bitch" to justify the plaintiff's termination.  Ms. Johnson-Veazy knew that this was purely a

pretext for her firing and accordingly demanded that defendant's supervisor replay the tape of this conversation.

10. When the tape was replayed, it was clear that plaintiff had not called the customer such a name and that the alleged name calling was simply a pretext. In spite of this, the defendant's agent refused to rescind the pretextual termination, indicating that they had already made the decision to fire her and the decision was final. Plaintiff's coach/supervisor told plaintiff the next day that she had recommended against firing her, but they refused to reconsider and would not say why they had made the decision to fire plaintiff.

11. It is clear that plaintiff was fired because she had asked for reasonable accommodations. The defendant refused to attempt to make reasonable accommodations to a known disability. The accommodations sought by the plaintiff would not have worked an undue hardship on the business. Reasonable accommodations would have allowed her to perform the essential functions of her job.

13. As a result of the defendant's conduct, the plaintiff has suffered, and continues to suffer, damages. The plaintiff hereby seeks damages for back pay, front pay, compensatory and punitive damages as well as her attorneys' fees and litigation costs.

WHEREFORE the plaintiff prays for a judgment on her claims in excess of $75,000, plus her costs, attorney fees, and any further relief this Court would deem just or equitable.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

s/Randall K. Rathbun
Randall K. Rathbun #09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
Telephone: (316) 262-4000
Fax: (316) 265-3819
Email: Randy@depewgillen.com
*Attorneys for Plaintiff*

### DESIGNATION OF PLACE OF TRIAL

COMES NOW the plaintiff and designates Wichita, Kansas, as the place of the trial of this action.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

s/Randall K. Rathbun
Randall K. Rathbun #09765
*Attorneys for Plaintiff*

### REQUEST FOR JURY TRIAL

COMES NOW the plaintiff and respectfully requests a trial by jury with regard to the above-captioned action.

5

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC


<u>s/Randall K. Rathbun</u>
Randall K. Rathbun, #09765
*Attorneys for Plaintiff*