IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ALETHEA JOHNSON-VEAZEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>T-MOBILE USA, INC., )<br>)<br>Defendant. )<br>_____) | Case No. 12-1377-KHV-JPO |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the Stipulation And Joint Motion To Dismiss With Prejudice (Doc. #35) filed November 14, 2013. Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., allows a plaintiff to dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The parties' joint stipulation satisfies Rule 41(a)(1)(A)(ii). The Court therefore instructs the Clerk of Court to dismiss all claims against defendant, with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED**.

Dated this 14th day of November, 2013 at Kansas City, Kansas.

s/Kathryn H. Vratil
Kathryn H. Vratil
UNITED STATES DISTRICT COURT JUDGE